No. 565. NATHAN BARD *v.* JOHN B. CHILTON, WARDEN, ET AL.; and

No. 566. BUNYAN FLEMING *v.* JOHN B. CHILTON, WARDEN, ET AL. November 21, 1927. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Sinclair M. Russell* for petitioners. *Mr. Andrew T. Smith* for respondents.

———

No. 567. THEODORE DAVIS BOAL, EXECUTOR, AND KATE ATWOOD, INDIVIDUALLY, *v.* METROPOLITAN MUSEUM OF ART OF THE CITY OF NEW YORK AND THE RHODE ISLAND HOSPITAL TRUST COMPANY, ADMINISTRATOR. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Tompkins McIlvaine, Lyman K. Clark* and *Wm. E. Carnochan* for petitioners. *Messrs. Robert Thorne, Wm. R. Tillinghast* and *James C. Collins* for respondents.

———

No. 568. AUTOMOTIVE PRODUCTS CORPORATION *v.* WOLVERINE BUMPER & SPECIALTY COMPANY ET AL. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George L. Wilkinson* for petitioner. *Mr. Frederick S. Duncan* for respondents.

———

No. 570. JACOB MARCUS ET. AL. *v.* UNITED STATES. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Lourie C. Barton* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for the United States.